UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JUAN ELIAS HERNANDEZ MARTINEZ,

        Petitioner,

     -v-                                      25-cv-06793-JON
                                                         **ORDER**

MICHAEL BALL, in his official capacity as
Acting Deputy Field Office Director,
Buffalo Field Office, U.S. Immigration and
Customs Enforcement and *de facto* Warden
Of the Buffalo Federal Detention Facility,

        Respondent.[1]

_____


On August 5, 2026, the Respondent filed a Supplemental Memorandum of Law in Response to ECF No. 13 ("Supp. Mem.") in support of the Motion to Dismiss the Petition. *See* ECF No. 14.

The Respondent explains that the IJ's grant of withholding of removal was specific to El Salvador and does not preclude removal to another country. *See Johnson v. Guzman Chavez*, 594 U.S. 523, 531-32 (2021). The Respondent renews its request that the Petition for a writ of habeas corpus be denied.

---

[1] "[L]longstanding practice confirms that in habeas challenges to present physical confinement-'core challenges'-the default rule is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

The Respondent also explains that ICE is endeavoring to remove the Petitioner to Mexico.

It is ORDERED that the Respondent's motion to dismiss the Petition is DENIED without prejudice to renewal when travel documents have been obtained to remove the Petitioner to Mexico.

It is further ORDERED that Judge Vacca's Order, entered January 6, 2026, Dkt. No. 8, ¶ 4, is amended to prohibit the Respondent and any persons acting in concert with him from transferring the Petitioner out of the Western District of New York pending a further Order of this Court.

SO ORDERED.

S/ Hon. Jon O. Newman
Senior Circuit Judge of the U.S. Court of Appeals
for the Second Circuit, sitting by designation

DATED: August 11, 2026

Rochester, NY